UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOROCCANOIL, INC.,

                Plaintiff,

      v.

AVON PRODUCTS, INC.,

                Defendant.

Index No. 13-CV-8378 (KPF)

AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK  )
                            ss.:
COUNTY OF NEW YORK )

        NATHANIEL LEVY, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in New York, New York 10128.

        On November 25, 2013 at approximately 2:48PM, at 777 *Third Avenue, New York, NY 10017*, I personally served true copies of the Summons In a Civil Action, Complaint, Civil Cover Sheet, Corporate 7.1 Disclosure Statement, Judge's Individual Rules and ECF Rules upon *Avon Products, Inc.,* a party herein, by personal delivery to Danielle Mann, Manager, Legal & Compliance, Global Legal Investigations, Office of Corporate Secretary, a person authorized to accept service.

        Ms. Mann is a light brown skinned female, approximately 35 years of age, 5'6" tall with long straight brown hair.

                                                    */s/ Nathaniel Levy*
                                                    Nathaniel Levy

Sworn to before me this
26th day of November 2013

*/s/ Dana L. Saunders*
DANA L. SAUNDERS
Notary Public, State of New York
No. 01SA6070719
Qualified in New York County
Commission Expires March 4, 2014

24014744v01