David H. Bernstein (dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Christopher Hamilton (cjhamilt@debevoise.com)
Josh Weigensberg (jweigens@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696 (telephone)
(212) 521-7696 (facsimile)
*Attorneys for Plaintiff Moroccanoil, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MOROCCANOIL, INC.,

                     Plaintiff,

      - against -

AVON PRODUCTS, INC.,

                     Defendant.
-----------------------------------------------------------x

Index No. 13-CV-8378

ECF Case

## **DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Moroccanoil, Inc., a private non-governmental party, that it is a privately held corporation with no parent corporation, and that no other publicly held corporations hold 10% or more of Moroccanoil, Inc.'s stock.

Dated: New York, New York
November 25, 2013

                                    Respectfully submitted,

                                    DEBEVOISE & PLIMPTON LLP

                                    By: _____
                                        David H. Bernstein
                                        (dhbernstein@debevoise.com)
                                        Jyotin Hamid
                                        (jhamid@debevoise.com)
                                        Christopher J. Hamilton
                                        (cjhamilton@debevoise.com)
                                        Josh Weigensberg
                                        (jweigens@debevoise.com)
                                    919 Third Avenue
                                    New York, New York 10022
                                    (212) 909-6000

                                    *Attorneys for Plaintiff Moroccanoil, Inc.*