# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

WILLIAM R. GOLDEN, JR.
DIRECT LINE: (212) 808-7992
EMAIL: wgolden@kelleydrye.com

December 9, 2013

**VIA ECF AND E-MAIL**

Honorable Katherine Polk Failla
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

   Re: *Moroccanoil, Inc. v. Avon Products, Inc.*, Civil Action No. 13-CV-8378 (S.D.N.Y.) (Failla, J.)

Dear Judge Failla:

   We represent the Defendant Avon Products, Inc. ("Defendant" or "Avon"), in the above-referenced action. We respectfully write to request a 30-day extension of time to answer, move, or otherwise respond to the Complaint filed by Plaintiff, Moroccanoil, Inc. ("Plaintiff" or "Moroccanoil"), on or about November 25, 2013. On behalf of Plaintiff, we also respectfully request that Plaintiff be granted an extension to reply, move, or otherwise respond to Defendant's answer and counterclaims, or any motions made in lieu of Defendant's answer and counterclaims.

   The Defendant's response to the Complaint is presently due December 16, 2013. Plaintiff's time to reply to any answer and counterclaims filed on that date is presently January 6 (and Plaintiff's time to oppose any motion to dismiss is presently December 30). If granted, the revised scheduling would be as follows:

   January 15, 2014: Defendant's time to answer, move, or otherwise respond to the Complaint; and

   March 14, 2014: Plaintiff's time to reply, move, or otherwise respond to Defendant's answer and counterclaims, or any motions made in lieu thereof.

Plaintiff has consented to the present request for extensions and agreed to the revised deadlines proposed above.

This is our first request for an extension of time to respond to Plaintiff's Complaint. An initial pretrial conference under Fed. R. Civ. P. 16(c) has not been scheduled and a scheduling order has not been entered in this case. Granting the requested extensions will not cause any undue delay in this case, will not prejudice the Plaintiff or Defendant, and is not expected to interfere with any other deadlines pending in this case.

We thank the Court for its kind consideration of this application.

Respectfully submitted,

KELLEY DRYE & WARREN LLP

William R. Golden, Jr.
101 Park Avenue
New York, New York 10178
Attorneys for Defendant
Avon Products, Inc.

cc: David H. Bernstein, Esq. (via e-mail)
Jyotin Hamid, Esq. (via e-mail)
Christopher J. Hamilton, Esq. (via e-mail)
Josh Weigenberg, Esq. (via e-mail)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Attorneys for Plaintiff
Moroccanoil, Inc.